# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

FILED
OCT 20 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 3:20-MJ-1152
TRAIL CAMERAS RECOVERED FROM DEPARTMENT OF ENERGY PROPERTY, )
CURRENLTY LOCATED AT THE DEPARTMENT OF ENERGY, OFFICE OF THE )
INSPECTOR GENERAL EVIDENCE ROOM, OAK RIDGE, TENNESSEE. PHOTOGRAPHS )
AND PROPERTY DESCRIPTIONS ARE ATTACHED HERETO AS ATTACHMENT A AND )
FULLY INCORPORATED HEREIN. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
TRAIL CAMERAS RECOVERED FROM DEPARTMENT OF ENERGY PROPERTY, CURRENLTY LOCATED AT THE DEPARTMENT OF ENERGY, OFFICE OF THE INSPECTOR GENERAL EVIDENCE ROOM, OAK RIDGE, TENNESSEE. PHOTOGRAPHS AND PROPERTY DESCRIPTIONS ARE ATTACHED HERETO AS ATTACHMENT A AND FULLY INCORPORATED HEREIN.

located in the _____Eastern_____ District of _____Tennessee_____, there is now concealed *(identify the person or describe the property to be seized)*:
PLEASE SEE ATTACHMENT B, WHICH IS ATTACHED HERETO AND FULLY INCORPORATED HEREIN.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Pertaining to the willful damage of property of the United States. |

The application is based on these facts:
Please see the Affidavit of Special Agent Wade M. Finley which is attached hereto and incorporated herein.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Wade M. Finley
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/6/2020

_____
*Judge's signature*

City and state: Knoxville, Tennessee

United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A
### Property to Be Searched

The property to be searched are two digital game cameras (hereinafter "Devices"). The Devices include a SpyPoint LINK-S trail camera, Serial Number 1F82602728, and a Cuddeback Digital trail camera, Serial Number 1231A6000711 and storage media that were installed within the devices. The Devices are currently secured in evidence at the Department of Energy Office of Inspector General Oak Ridge Field Office, located at 2714 Laboratory Road, Oak Ridge, TN 37830.

1



[PHOTO DEPICTING SPYPOINT LINK-S TRAIL CAMERA. SERIAL NUMBER 1F82602728]



[PHOTO DEPICTING CUDDEBACK DIGITAL TRAIL CAMERA, SERIAL NUMBER 1231A6000711]

This warrant authorizes the forensic examination of the Devices for the purpose of identifying the electronically stored information described in Attachment B.

3

## ATTACHMENT B
## Particular Things to be Seized

All records, information, and items on the Devices described in Attachment A, that are evidence, instrumentalities, or fruits of violations of 18 U.S.C. § 1361, including:

1. Any records, information, documents, programs, communications, visual depictions (including, but not limited to, photos, videos, log files) concerning or depicting the destruction of property of the United States;

2. Evidence of who used, owned, or controlled the Devices at the time the things described in herein were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, user profiles, evidence of communications, photographs, and videos;

3. Evidence of software that would allow others to control the Devices, such as remote access or cellular connectivity;

4. Evidence indicating how and when Devices was accessed or used to determine the chronological context of access, use, and events relating to the crime under investigation and to the Devices' owner/user;

5. Evidence of the attachment to the Devices of other storage devices or similar containers for electronic evidence;

6. Evidence of the times and dates the Devices were used;

7. Records of or information about Internet Protocol (IP) addresses or cellular connectivity used by the Devices; and

8. Contextual information necessary to understand the evidence described in this attachment.

1

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage data (such as flash memory or other media that can store data) and any photographic form.